Case 1:08-mc-00205     Document 1     Filed 05/29/2008     Page 1 of 1

**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**

**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**